**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

<table>
<tr><td>

HARTFORD FIRE INSURANCE
COMPANY, TRUMBULL INSURANCE
COMPANY, HARTFORD CASUALTY
INSURANCE COMPANY, TWIN CITY
FIRE INSURANCE COMPANY,
HARTFORD UNDERWRITERS
INSURANCE COMPANY, HARTFORD
INSURANCE COMPANY OF THE
MIDWEST, HARTFORD INSURANCE
COMPANY OF ILLINOIS, and NUTMEG
INSURANCE COMPANY,

ONE HARTFORD PLAZA
HARTFORD, CONNECTICUT 06155


                                   Plaintiffs,
v.

RITE RUG CO.,
4450 Poth Road
Whitehall, Ohio 43213

                                   Defendant.

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Case No. 1-26-cv-72


**COMPLAINT FOR BREACH OF
CONTRACT, ACCOUNT STATED
AND UNJUST ENRICHMENT**

</td></tr>
</table>

Plaintiffs Hartford Fire Insurance Company, Trumbull Insurance Company, Hartford

Casualty Insurance Company, Twin City Fire Insurance Company, Hartford Underwriters

Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company

of Illinois, and Nutmeg Insurance Company (collectively, "Plaintiffs" or "The Hartford"), by and

through their undersigned attorneys, as and for their Complaint against Defendant Rite Rug Co.,

allege as follows:

-1-

**Nature of Action**

1.      This is an action to recover money damages based upon Defendant's failure to pay the full premiums owed under certain workers compensation insurance policy issued by Plaintiffs.

**Parties**

2.      Plaintiffs Hartford Fire Insurance Company, Hartford Underwriters Insurance Company, Trumbull Insurance Company, and Nutmeg Insurance Company are Connecticut corporations. Plaintiffs Twin City Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Casualty Insurance Company are Indiana corporations. Plaintiff Hartford Insurance Company of Illinois is an Illinois corporation.  All Plaintiffs maintain their principal place of business at One Hartford Plaza, Hartford, Connecticut 06155.

3.      Defendant Rite Rug Co. ("Defendant") is an Ohio corporation which maintains its principal place of business at 4450 Poth Road, Whitehall, Ohio 43213.

**Jurisdiction and Venue**

4.      This Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because it involves citizens of different states and an amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs.

5.      Venue of this action in the United States District Court for the Southern District of Ohio is proper under 28 U.S.C. § 1391(b) in that it is the District where Defendant resides and where a substantial part of the events giving rise to this action occurred.

**Background Facts**

6.      At the request of Defendant, The Hartford issued Workers Compensation Insurance Policy No 45-WE-BX6769 for the periods of 05/15/2021 to 05/15/2022 (the "2021-2022 Policy"), 05/15/2022 to 05/15/2023 (the "2022-2023 Policies"), and 05/15/2023 to 05/15/2024 (the "2023-

-2-

2024 Policies"). Collectively, the 2021-2022 Policy, the 2022-2023 Policy and the 2023-2024 Policy are referred to herein as the "Policies." True and correct copies of the Declaration Pages for the Policies are annexed hereto as **Exhibit A**.

7. Pursuant to the Policies, Defendant agreed to pay certain premiums to The Hartford. The premiums were based upon Defendant's estimated payroll, number of employees and applicable employee classification codes.

8. The premiums were initially estimated based upon the information supplied by Defendant and expressly subject to adjustment after an audit of Defendant's applicable books and records at the conclusion of the respective Policy periods.

9. At the conclusion of the Policy periods, The Hartford conducted audits of the books and records of Defendant (the "Audits"). True and correct copies of the Audits are annexed hereto as **Exhibit B**.

10. Based upon the Audits, it was determined that Defendant owed additional premiums under the 2021-2022 Policy in the amount of $428,585.00, additional premiums under the 2022-2023 Policy in the amount of $278,882.00, and additional premiums under the 2023-2024 Policy in the amount of $146,267.00. Thus, the total amount due and owing under all three Policies is $853,734.00 (the "Outstanding Premiums").

11. On or about October 9, 2025, The Hartford sent to Defendant a final demand by email for payment of the Outstanding Premiums on or before October 16, 2025 (the "Final Demand"), which Defendant failed to pay. A true and correct copy of the Final Demand sent by The Hartford to Defendant is annexed hereto as **Exhibit C**.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(<u>Breach of Contract</u>)**

10.    The Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 9 as if fully set forth herein.

11.    Defendant has wrongfully refused to pay the Additional Premiums due under the Policy.

12.    The Hartford has fully complied with all of its obligations under the Policy.

13.    Defendant breached the terms and conditions of the Policy by failing to pay the Additional Premiums as demanded.

14.    As a result of Defendant's breach of the Policy, The Hartford has been damaged in the sum of $853,734.00 (excluding interest, fees and costs).

### AND FOR A SECOND CAUSE OF ACTION
### (Unjust Enrichment / Quantum Meruit)

15.    The Hartford hereby realleges and incorporates by reference each of the allegations set forth above in paragraphs 1 to 14 as if fully set forth herein.

16.    The Policies provided Defendant with workers compensation insurance coverage for the benefit of its business operations and employees as mandated by Ohio law.

17.    To date, The Hartford has paid claims under the Policies in the sum of $1,796,522.00, with multiple claims still open.

18.    Accordingly, as a matter of equity, Defendant should be held liable for the Outstanding Premiums owed under the Policies since Defendant directly benefited from the insurance coverage provided by The Hartford.

**WHEREFORE**, Plaintiffs Hartford Fire Insurance Company, Trumbull Insurance Company, Hartford Casualty Insurance Company, Twin City Fire Insurance Company, Hartford Underwriters Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of Illinois, and Nutmeg Insurance Company hereby demands that a judgment

327635848v.1

be entered against Defendant Rite Rug Co, in the amount of $853,734.00 together with pre- and post-judgment interest thereon at the statutory rate provided for by Section 1343.03 of the Ohio Revised Code, and an award of the costs and expenses incurred by The Hartford herein as applicable, and such other, further, and different relief as this Court may deem just and proper.

Dated:  January 26, 2026

Respectfully submitted,

By:      /s/ *Geoffrey A. Belzer*
Geoffrey A. Belzer (0071899)
Wilson Elser Moskowitz Edelman & Dicker LLP
161 N. Clark, Suite 4500
Chicago, IL  60601
T: (312) 704-0550
F: (312) 704-1522
geoffrey.belzer@wilsonelser.com
Counsel for Plaintiffs

327635848v.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on January 26, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on all counsel of record by CM/ECF Electronic Notification.


*/s/ Geoffrey A. Belzer*

-6-